lie Field, Esquire, of Detroit, Michigan, a member of the bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 375. SHERMAN v. ILLINOIS. Certiorari, *ante,* p. 811, to the Supreme Court. of Illinois. It is ordered that Nathaniel L. Nathanson, Esquire, of Chicago, Illinois, a member of the bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 77. PACIFIC INSURANCE Co., LTD. v. UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Petition for writ of certiorari in this case dismissed on motion of counsel for the petitioner. *Urban E. Wild* and *J. Russell Cades* for petitioner. *Solicitor General Perlman* for the United States.

No. 164, Misc. KARHU v. MICHIGAN. Supreme Court of Michigan and Circuit Court for the County of Ontonagon, Michigan. Certiorari denied. Motion for leave to file petition for writ of mandamus also denied.

No. 153, Misc. ALBERTS v. IOWA. Application denied.

No. 161, Misc. EX PARTE WEBER. Motion for leave to file petition for writ of mandamus denied. MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this motion.

No. 166, Misc. WILLIAMS v. UNITED STATES. Motion for leave to file petition for writ of habeas corpus denied.

No. 280. INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION ET AL. v. JUNEAU SPRUCE CORP.

C. A. 9th Cir. Certiorari granted. *Richard Gladstein* for petitioners. *Charles A. Hart* for respondent.

No. 87, Misc. BRUNER *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *Charles J. Bloch* and *Ellsworth Hall, Jr.* for petitioner. *Solicitor General Perlman* filed a memorandum for the United States stating that the Government does not oppose the granting of the petition.

No. 201, October Term, 1950. SACHER ET AL. *v.* UNITED STATES. Petition for rehearing granted. The order entered June 4, 1951, denying certiorari, 341 U. S. 952, is vacated and the petition for writ of certiorari to the United States Court of Appeals for the Second Circuit is granted. The sole question for review is: Was the charge of contempt, as and when certified, one which the accusing judge was authorized under Rule 42 (a) [Federal Rules of Criminal Procedure] to determine and punish himself; or was it one to be adjudged and punished under Rule 42 (b) only by a judge other than the accusing one and after notice, hearing, and opportunity to defend? The motion for leave to file brief of National Lawyers Guild, as *amicus curiae*, is denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Paul L. Ross* and *Martin Popper* for petitioners.

No. 219. COMMISSIONER OF INTERNAL REVENUE *v.* VISINTAINER. C. A. 10th Cir. Certiorari denied. *Solicitor General Perlman* for petitioner. *F. R. Carpenter* and *Stephen H. Hart* for respondent.